# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS ALFREDO HERNANDEZ AREVALO,

Defendant.

Case No.: 26-CR-2692-TWR

**ORDER AND JUDGMENT OF DIMSISSAL**

Upon the motion of the United States, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: 7/31/2026

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE